IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN FRANKLIN MYERS,          )
                              )
            Plaintiff,        )
                              )
      v.                      )      1:24-cv-970
                              )
HEALTH CARE PROVIDER          )
NAPH CARE, FORSYTH COUNTY     )
JAIL/DETENTION CENTER, and    )
NORTH CAROLINA DEPARTMENT     )
OF ADULT CORRECTIONS,         )
                              )
            Defendants.       )

## ORDER

On July 2, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of August, 2025.

_____
United States District Judge